Decided March 31, 2005

## CLYDE MEIKLE *v.* COMMISSIONER OF CORRECTION

The petitioner Clyde Meikle's petition for certification for appeal from the Appellate Court, 87 Conn. App. 490 (AC 24590), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Michael P. Shea* and *Amy T. Maas*, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided March 31, 2005